IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| VALERIE GARDNER,<br><br>　　Plaintiff,<br><br>v.<br><br>PRO-VIGIL, INC.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>No. 3:22-CV-00114-TCB |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(E), attorney Jennifer Coalson respectfully asks that her appearance in this case be terminated. As of February 2, 2024, Ms. Coalson will no longer be employed with the law firm Parks, Chesin & Walbert, P.C. (the "Firm"). The Firm and attorney Andrew Coffman (already counsel of record in this case) will continue representation of Plaintiff in this matter.

Respectfully submitted this 1st day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s Jennifer K. Coalson*
　　　　　　　　　　　　　　　　　　　　　　　Jennifer K. Coalson
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 266989
　　　　　　　　　　　　　　　　　　　　　　　Andrew Y. Coffman
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 173115
　　　　　　　　　　　　　　　　　　　　　　　Parks, Chesin & Walbert, PC
　　　　　　　　　　　　　　　　　　　　　　　1355 Peachtree St., 20th Floor
　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　(404) 873 - 8000
　　　　　　　　　　　　　　　　　　　　　　　jcoalson@pcwlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　accofman@pcwlawfirm.com